GILL SPERLEIN (172887)
THE LAW FIRM OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California 94114
Telephone: (415) 378-2625
Facsimile: (415) 252-7747
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC., a California corporation, | CASE NO.: 08-2763 (MHP) |
| Plaintiff, | DECLARATION OF GILL SPERLEIN IN SUPPORT OF PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO LOCAL RULE 7-11 FOR DISCOVERY ORDER |
| vs. | |
| JOHN DOES 1 and 2, individuals, | |
| Defendants. | |

I, GILL SPERLEIN, declare:

1.  I am an attorney at law licensed to practice in the State of California and attorney of record for Plaintiff Io Group, Inc.

2.  The two defendants in the above-entitled action, JOHN DOE 1 and JOHN DOE 2, have not yet been identified.

3.  Plaintiff is in the process of attempting to identify JOHN DOE 1 and JOHN DOE 2, and now seeks an order from the court allowing early discovery to aid in that process.

4.     On behalf of Io Group, Inc. I served a subpoena on Ning, Inc. as authorized under 17 USC §512(h) requesting the ip addressed of the users who engaged in the infringing acts at issue in this matter. The Clerk of the Court issued the subpoena under the provisions of 17 U.S.C. § 512(h). The clerk opened a miscellaneous matter captioned *In re Io Group, Inc.*, and assigned the number CV-08-80111-MISC (SI).

5.     Ning has responded to the subpoena by providing ip addresses from which JOHN DOE 1 and JOHN DOE 2 accessed manplay.ning.com along with a corresponding times and dates.

6.     I searched public data bases and learned that Road Runner (Time Warner Cable) controls the ip address used by JOHN DOE 1 to access manplay.ning.com and that AT&T Internet Services controls the IP addresses used by DOE 2 to access manplay.ning.com.

7.     I intend to serve subpoenas on AT&T and Road Runner (Time Warner Cable) in order to obtain account holder information for the subscribers assigned those ip addresses.

8.     By indentifying the subscribers assigned the ip addresses associated with the infringing activity, plaintiff will be able to determine the names of the defendants previously identified as DOES 1 and 2.

9.     I am aware of no other manner in which I could reliably obtain the identity of the Doe Defendants.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated:  June 4, 2008                                         Respectfully submitted,

                                                                          */s/ Gill Sperlein*

                                                                          GILL SPERLEIN,
                                                                          Attorney for Plaintiff