**FILED**

JUN 13 2008

RICHARD W. WIEKING
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

I O Group, Inc.

Plaintiff(s),

vs.

John Does 1-2,

Defendant(s).

No. C 08-2763 MHP

**ORDER RE EARLY DISCOVERY**
(COPYRIGHT INFRINGEMENT)

Plaintiff has filed a complaint for copyright infringement with respect to certain copyrighted work(s) alleged in its complaint. It seeks extraordinary relief in the nature of an application for leave to take immediate discovery of defendant's internet service provider in order to determine the identity of the defendant. The court has reviewed the complaint and its attachments and finds that plaintiff has failed to provide the copyright registration form showing ownership of the copyright(s) alleged. In order to obtain any relief in this action, including the extraordinary relief it now seeks, plaintiff must present evidence of its title or rights to the copyright(s) in question.

Therefore, plaintiff shall submit within thirty (30) days of the date of this order the copyright registration for each of the alleged works and if the copyright(s) is/are not held in the name of the named plaintiff either as the claimant or as the party who is the owner of the copyright, plaintiff shall submit the documents necessary to show assignments or other transfers of title to the named plaintiff.

Upon submission of the above described documents, the court will proceed with this action, including extending the time within which the defendant must be served.

Date: June 11, 2008

MARILYN HALL PATEL
United States District Court Judge