GILL SPERLEIN (172887)
THE LAW FIRM OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California 94114
Telephone: (415) 378-2625
Facsimile: (415) 252-7747
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC., a California corporation, | CASE NO.: 08-2763 (MHP) |
| Plaintiff, | [PROPOSED] ORDER FOR LEAVE TO TAKE EARLY DISCOVERY |
| vs. | |
| JOHN DOES 1 and 2, individuals, | |
| Defendants. | |

## [PROPOSED] ORDER

Having considered Plaintiff's Miscellaneous Administrative Request Pursuant to Local Rule 7-11 for Leave to Take Discovery Prior to Rule 26 Conference and finding good cause therefore,

**IT IS HEREBY ORDERED,** that plaintiff is granted leave to take early discovery. Plaintiff may immediately serve on Internet access providers subpoenas to obtain subscriber information for subscribers assigned ip addresses previously provided by Ning, Inc.  Such subpoenas should be substantially in the same form as the example attached to plaintiff's

Miscellaneous Administrative Request for Leave to Take Discovery Prior to Rule 26 Conference as Exhibit A;

**IT IS FURTHER ORDERED,** that subpoenas authorized by this order and issued pursuant thereto shall be deemed appropriate court orders under 47 U.S.C. §551;

**IT IS FURTHER ORDERED,** that Internet access providers shall have fourteen (14) days from the date they are served a copy of this order to respond to the subpoena in order that such provider shall have sufficient time to provide notice to the subscriber whose subscriber information plaintiff seeks to obtain thereby; and

**IT IS FURTHER ORDERED,** that good faith attempts by Internet service providers to notify the subscribers shall constitute compliance with this order.

Dated: June 23, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Marilyn H. Patel